[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 24-10701

Non-Argument Calendar

_____

JOHN DOE,
a pseudonym,

                                        Plaintiff-Appellant,

*versus*

GUTTERIDGE JEANCHARLES, M.D., P.A.,
a Florida Corporation,
GUTTERIDGE JEAN-CHARLES,
an individual,

                                        Defendants-Appellees.

_____

2                    Opinion of the Court                    24-10701

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:24-cv-00034-WWB-RMN

_____

Before BRANCH, LAGOA, and BRASHER, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Appellant John Doe appeals directly from the magistrate judge's order denying his motion for leave to proceed pseudonymously. We lack jurisdiction to directly review a magistrate judge's order, and an appeal from such an order must be taken to the district court first. *See* 28 U.S.C. § 1291; *Donovan v. Sarasota Concrete Co.*, 693 F.2d 1061, 1066-67 (11th Cir. 1982); *United States v. Schultz*, 565 F.3d 1353, 1359 (11th Cir. 2009).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.